

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2013

No. 04-13-00298-CV

**IN RE ROMA INDEPENDENT SCHOOL DISTRICT, Arturo S. PEREZ, Roque ROSALES, Raymond P. MUSSETT, Nicholas GARZA, Jr., and John Clyde GUERRA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

On May 7, 2013, Relators Roma Independent School District, Arturo S. Perez, Roque Rosales, Raymond P. Mussett, Nicholas Garza, Jr., and John Clyde Guerra filed a petition for writ of mandamus and a motion for emergency stay. On May 7, 2013, this court requested a response from respondent and real parties in interest. On May 13, 2013, Real Parties in Interest Noelia Guillen, Raul Moreno, Dagoberto Salinas, and Tony Saenz filed responses to the motion for emergency stay and the petition for writ of mandamus. Also, on May 13, 2013, Relators filed a reply to Real Parties in Interest's response to the emergency motion to stay. The court has considered the petition for writ of mandamus, the response, and the reply and is of the opinion that Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 13, 2013.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2013.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. DC-13-64, *Noelia M. Guillen, et al. v. Roma Independent School District*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Ana Lisa Garza presiding. However, the order complained of was signed by the Honorable David Wellington Chew, visiting judge.